IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE R. MACFARLANE, in his own :
right, by and through his power of attorney, : Civil No.  1:17-cv-00012
Mary Beth Lewis, :
                         :
             Plaintiff :
vs. :
                         :
THE PAVILION AT BRADFORD :
REGIONAL MEDICAL CENTER and :
BRADFORD HOSPITAL :
                         :
             Defendants :

## CERTIFICATE OF MERIT AS TO THE PAVILION AT
## BRADFORD REGIONAL MEDICAL CENTER
## AND BRADFORD HOSPITAL

I, Mario Cornacchione, D.O., certify that:

(1)     I am a licensed professional in the State of Pennsylvania;

(2)     there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice of work that is the subject of the Complaint fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm; and/or that

(3) the claim that the Defendants deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom the Defendants are responsible deviated from an acceptable professional standard.

Date: 1/17/16

_____
Mario Cornacchione, D.O.